IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MOUNTAIN WEST SERIES OF LOCKTON COMPANIES, LLC (formerly known as DENVER SERIES OF LOCKTON COMPANIES, LLC), <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL ANGELO DAURO; KATIE BETH DOWDY; ANUJ JAIN; SARAH MATTHEWS, <br><br> Defendants. | Case No. 4:19-cv-00232 |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i),[1] Plaintiff Mountain West Series of Lockton Companies, LLC hereby voluntarily dismisses the above-captioned case without prejudice.

Dated May 31, 2019

                                                                    **BRYAN CAVE LEIGHTON PAISNER LLP**

                                                                    By: /s/ *Robert J. Hoffman*

| | |
|---|---|
| W. Perry Brandt | MO #28292 |
| Robert J. Hoffman | MO #44486 |
| Jennifer L. Berhorst | MO #61784 |
| Logan Rutherford | MO #65151 |

1200 Main Street, Suite 3800
Kansas City, MO 64105
(816) 374-3203 (telephone)
(816) 374-3300 (facsimile)
wpbrandt@bclplaw.com
rjhoffman@bclplaw.com
jennifer.berhorst@bclplaw.com
logan.rutherford@bclplaw.com

ATTORNEYS FOR PLAINTIFFS

---

[1] Under Rule 41(a)(1)(A)(i), a plaintiff may voluntarily dismiss an action without a court order at any time "before the opposing party serves either an answer or a motion for summary judgment." Defendants have not served an answer or motion for summary judgment in this case.

1

## CERTIFICATE OF SERVICE

I certify that on May 31, 2019, I electronically submitted the foregoing with the Clerk of the Court for the United States District Court for the Western District of Missouri using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

Dated: May 31, 2019                                         /s/ *Robert J. Hoffman*